IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTOPHER BENJAMIN,** | : | Civil No. 3:20-CV-34 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **KMB PLUMBING & ELECTRICAL, INC., et al.,** | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 16th day of June 2021, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1. The defendants' renewed motion to compel arbitration and to stay proceedings, (Doc. 18), is GRANTED.

2. This federal action will be STAYED pending the outcome of the arbitration proceedings.

So ordered this 17th day of June 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
